JUDGE HELLERSTEIN

**08 CV 6491**

NICOLETTI HORNIG & SWEENEY
*Attorneys for Plaintiff*
120 Greenwich Development Associates, L.L.C.
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel:     (212) 220-3830
Fax:    (212) 220-3780
Email:  jnicoletti@nicolettihornig.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

120 GREENWICH DEVELOPMENT
ASSOCIATES, L.L.C.,

                        Plaintiff,

    - against -

ADMIRAL INDEMNITY COMPANY and
TIG INSURANCE COMPANY,

                       Defendants.

------------------------------------------------------------X

[Received stamp: JUL 21 2008 U.S.D.C. S.D.N.Y. CASHIERS]

**PLAINTIFF 120 GREENWICH DEVELOPMENT ASSOCIATES, L.L.C.
<u>RULE 7.1 STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff 120 GREENWICH DEVELOPMENT ASSOCIATES, L.L.C. (a private non-governmental party) certifies that there is no parent company and there are no publicly held companies that own 10% or more of its stock.

Date:  New York, New York
        July 21, 2008

                                  Respectfully submitted,

                                  NICOLETTI HORNIG & SWEENEY
                                  *Attorneys for Plaintiff 120 Greenwich*
                                  *Development Associates, L.L.C.*

By:     /s/ John A.V. Nicoletti
                                  John A.V. Nicoletti (JN-7174)
                                  Wall Street Plaza
                                  88 Pine Street, 7th Floor
                                  New York, New York 10005-1801
                                  Tel:    (212) 220-3830
                                  Fax:   (212) 220-3780
                                  Email: jnicoletti@nicolettihornig.com
                                  Our File: 00000792 JAVN/NN

E:\Shared\wfennell\Rule 7-1 Statement.doc