# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

120 GREENWICH DEVELOPMENT
ASSOCIATES, L.L.C.,

      Plaintiff,

 - against -

ADMIRAL INDEMNITY COMPANY and
TIG INSURANCE COMPANY,

      Defendants.
-------------------------------------------------------------X

Case No.

**SUMMONS IN A CIVIL ACTION**

08 CV 6491

JUDGE HELLERSTEIN

TO: (NAME AND ADDRESS[ES] OF DEFENDANT[S])

ADMIRAL INDEMNITY COMPANY
1255 Caldwell Road
Cherry Hill, New Jersey 98034

TIG INSURANCE COMPANY
5205 N. O'Connor Boulevard, 2nd Floor
Irving, Texas 75015

  **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
(FILE NO.:   00000792 JAVN/NN)

an answer to the complaint which is herewith served upon you, within (twenty) **20** days after service of this summons upon you, exclusive of the day of service . If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

_Catherine Lapsley_ (signature)
(BY) DEPUTY CLERK

DATE: JUL 2 1 2008

X:\Public Word Files\0\792\Legal\SUMMONS.USDC.7.21.08.RR.doc

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/23/2008 |
| NAME OF SERVER (PRINT) Kevin I. Brown | TITLE Office Manager |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Defendant Admiral Indemnity Co.

New York Superintendent of Insurance, Office of General Counsel, 25 Beaver Street, NY, NY 10004 (Defendant's agent authorized by N.Y. Ins. Law § 1212)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/23/2008
                    Date                    Signature of Server

Wall Street Plaza, 88 Pine Street, 7th Floor, New York, New York 10005
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.