UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
120 GREENWICH DEVELOPMENT ASSOCIATES, LLC

       Plaintiff,

                                      08 Civ. 6491 (AKH)

  -against-

ADMIRAL INDEMNITY COMPANY and TIG
INSURANCE COMPANY

       Defendants.
------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney, Stephen Jacobs, Landman Corsi Ballaine & Ford P.C., 120 Broadway, New York, NY 10271, is appearing as counsel of record for defendant TIG INSURANCE COMPANY.

Dated:    New York, New York
            August 7, 2008

                                      Yours, etc.

                                      _____
                                      Stephen Jacobs (SJ-4437)
                                      LANDMAN CORSI BALLAINE & FORD P.C.
                                      120 Broadway, 27th Floor
                                      New York, New York 10271-0079
                                      Tel. no.: (212) 238-4800
                                      Fax no.: (212) 238-4848
                                      Email:sjacobs@lcbf.com

466449.1 DocsNY

TO: John A. Nicoletti
    Attorneys for Plaintiff
    Wall Street Plaza
    88 Pine Street, 7th Floor
    New York, NY 10005-1901
    (212) 220-3830