```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
120 GREENWICH DEVELOPMENT ASSOCIATES, LLC,

                  Plaintiff,

   - against -

ADMIRAL INDEMNITY COMPANY and TIG
INSURANCE COMPANY,

                  Defendants.
------------------------------------------------------------ x

STIPULATION

08 CV 6491
(AKH)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that the time for defendant TIG Insurance Company, to respond to the complaint herein is extended to and including September 2, 2008.

Dated:    New York, New York
            August 7, 2008

NICOLETTI HORNIG & SWEENEY

By: _John A. V. Nicoletti (NN)_
John A. V. Nicoletti (JN-7174)
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005-1801
(212) 220-3830

LANDMAN CORSI BALLAINE & FORD P.C.

By: _[signature]_
Stephen Jacobs (SJ-4437)
Attorneys for Defendant
TIG INSURANCE COMPANY
120 Broadway, 27th Floor
New York, New York 10271-0079
(212) 238-4800

SO ORDERED: _[signature]_
                U.S.D.J.
                8/8/08

466429