UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/08

---------------------------------------------------------------

120 GREENWICH DEVELOPMENT ASSOCIATES, LLC,

   Plaintiff,

  -against-

ADMIRAL INDEMNITY COMPANY and TIG
INSURANCE COMPANY,

   Defendants.

Index No.: 08 CV 6491 (AKH)

---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that the time for defendant, ADMIRAL INDEMNITY COMPANY, to respond to the complaint herein is extended to and including September 2, 2008.

Dated: Garden City, New York
   August 8, 2008

| NICOLETTI HORNIG & SWEENEY | BURNS, RUSSO, TAMIGI & REARDON, LLP |
|---|---|
| By:_____ | By:_____ |
|  John A. V. Nicoletti (JN-7174) |  Arnold Stream (AS-0723) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Wall Street Plaza | ADMIRAL INDEMNITY COMPANY |
| 88 Pine Street, 7th Floor | 390 Old Country Road |
| New York, New York 10005-1801 | Garden City, New York 11530 |
| (212) 220-3830 | (516) 746-7371 |
| | Reference: FICO 12782 |

So Ordered
8-8-08
[signature]

# BURNS, RUSSO, TAMIGI & REARDON, LLP
## ATTORNEYS AT LAW

390 Old Country Road  
Garden City, New York 11530

150 Broadway, Suite 1307  
New York, New York 10038  
By appointment only.  
All correspondence to Garden City office.

Arnold Stream, Esq.  
Direct Extension: 15  
E-Mail: Astream@brtrlaw.com

August 8, 2008



**VIA FACSIMILE (212) 805-7942**

Hon. Alvin K. Hellerstein  
United States District Judge  
Southern District of New York  
United States Courthouse  
500 Pearl Street – Room 1050  
New York, New York 10007

    Re:    120 Greenwich Development Association, LLC v.  
             Admiral Indemnity Company and TIG Insurance Company  
             Index No.:    08 CV 6491 (AKH)  
             Our Reference:    FICO 12782

Dear Judge Hellerstein:

    We represent defendant Admiral Indemnity Company ("Admiral") herein. Enclosed is a stipulation, subject to Your Honor's approval, extending Admiral's time to respond to the complaint from August 12, 2008 to September 2, 2008, which plaintiff's counsel has agreed to. I request an extension due to the high volume of work, and I am the only attorney in my office familiar with the coverage issues at bar. I have a deposition scheduled for August 11, and will be out of the office for a medical appointment on August 12. No prior extension has been sought. We are not aware of any dates set by the Court.

                                         Sincerely yours,

                                         BURNS, RUSSO, TAMIGI & REARDON, LLP

                                         ARNOLD STREAM

AS/ma

Page 2

cc:
    John A.V. Nicoletti, Esq.
    (via email **jnicoletti@nicolettihornig.com**)

    Stephen Jacobs, Esq.
    (via email **sjacobs@lcbf.com**)

    Nooshin Namazi, Esq.
    (via email **nnamazi@nicolettihornig.com**)

    Orders & Judgments Clerk
    (via email **orders_and_judgments@nysd.uscourts.gov**)