UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
120 GREENWICH DEVELOPMENT ASSOCIATES, LLC

       Plaintiff,

                                                   08 Civ. 6491 (AKH)

  -against-

ADMIRAL INDEMNITY COMPANY and TIG
INSURANCE COMPANY

       Defendants.
------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney, Louis G. Corsi, Landman Corsi Ballaine & Ford P.C., 120 Broadway, New York, NY 10271, is also appearing as counsel of record for defendant TIG INSURANCE COMPANY.

Dated:    New York, New York
            August 12, 2008

                                                  Yours, etc.

                                                  _____
                                                  Louis G. Corsi (LC-3207)
                                                  LANDMAN CORSI BALLAINE & FORD P.C.
                                                  120 Broadway, 27th Floor
                                                  New York, New York 10271-0079
                                                  Tel. no.: (212) 238-4800
                                                  Fax no.: (212) 238-4848
                                                  Email:lcorsi@lcbf.com

466461.1 DocsNY

TO: John A. Nicoletti
 Attorneys for Plaintiff
 Wall Street Plaza
 88 Pine Street, 7th Floor
 New York, NY 10005-1901
 (212) 220-3830


 Arnold Stream
 Burns, Russo, Tamigi & Reardon
 Attorneys for Defendant Admiral Indemnity
 390 Old Country Rd.
 Garden City, NY 11530

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**JENNIFER TURRO**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in NASSAU COUNTY, NEW YORK.

That on the 13_ day of August 2008, deponent served the within **Notice of Appearance**

upon        Arnold Stream
            Burns, Russo, Tamigi & Reardon
            390 Old Country Rd
            Garden City NY 11530

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

_____
Jennifer Turro

Sworn to before me this
13th day of August, 2008

_____
Notary

JELENA BRIGIDA
Notary Public, State of New York
No. 01BR6156932
Qualified in Kings County
Commission Expires Dec. 4, 2010

432405.1 DocsNY