UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
120 GREENWICH DEVELOPMENT ASSOCIATES, LLC,

                         Plaintiff,

    - against-                                           08 CV 6491
                                                          (AKH)

ADMIRAL INDEMNITY COMPANY and TIG
 INSURANCE COMPANY,

                        Defendants.
------------------------------------------------------------------------ x

<u>DEFENDANT TIG INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant TIG Insurance Company (a private non-governmental party) certifies that TIG is an indirect subsidiary of Fairfax Financial Holdings Limited. Fairfax is a public company that is traded on the Canadian and New York Stock Exchanges as "FFH."

Dated: New York, New York
       September 2, 2008

                                          LANDMAN CORSI BALLAINE & FORD P.C.

                         By: _____
                                          Louis G. Corsi (LC-0564)
                                          Stephen Jacobs (SJ-4437)
                                          Attorneys for Defendant
                                          TIG INSURANCE COMPANY
                                          120 Broadway, 27th Floor
                                          New York, New York 10271-0079
                                          (212) 238-4800

## CERTIFICATE OF SERVICE

    Stephen Jacobs,, an attorney of record herein, hereby certifies that, on September 2, 2008, the foregoing Corporate Disclosure Statement was served in accordance with the Southern District's Rules on Electronic Service and Local Rule 5.2 upon the following:

John A.V. Nicoletti
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005-1801

Arnold Stream
Burns, Russo, Tamigi & Reardon, LLP
390 Old County Road
Garden City, NY 11530

NO OTHER PARTIES HAVE APPEARED.

                                                _____
                                                   Stephen Jacobs (SJ-4437)

467640